**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREENE STREET FUNDING TRUST II, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE, *Plaintiff,* <br><br> v. <br><br> ALWAYS SUNNY GROUP LLC, *Defendants.* | NO: |

## COMPLAINT

Plaintiff, Greene Street Funding Trust II, U.S. Bank Trust National Association, not in its individual capacity but Solely as Trustee, by and through its undersigned counsel, hereby complains against Defendants as follows:

### I.  PARTIES, JURISDICTION AND VENUE

1.      The Plaintiff is Greene Street Funding Trust II, U.S. Bank Trust National Association, not in its individual capacity but Solely as Trustee ("Plaintiff"), with an address in care of RF Mortgage Services Corporation, 550 W. Adams Street, Suite 950, Chicago, IL 60661.

2.      Defendant, Always Sunny Group LLC ("Always" or "Mortgagor"), is a limited liability company incorporated under the laws of the Commonwealth of Pennsylvania, and has an address of 6535 Greenway Avenue, Philadelphia, PA 19142 (the "Property" or the "Mortgaged Premises"). Always is the mortgagor and real owner of the real Property hereinafter described.

3.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a), as the cause of action arose here and the Property that is the subject of this action is situated here.

## II. FACTS

5.      On or about May 17, 2021, in consideration of a loan in the principal amount of $93,750.00, Always executed and delivered to Commercial Lender LLC, a note (the "Note").  A true and correct copy of the Note is attached hereto and marked as Exhibit "A" and made a part hereof.

6.      To secure the obligations under the Note, Always executed and delivered to Commercial Lender LLC a mortgage dated May 17, 2021, and recorded June 22, 2021, in the Office of the Recorder for Philadelphia County, as Instrument Number 53850757 (the "Mortgage").  A true and correct copy of the Mortgage is attached hereto and marked as Exhibit "B" and made a part hereof.

7.      The Mortgage secures the following real property (the "Mortgaged Premises"): 6535 Greenway Avenue, Philadelphia, PA 19142.  A true and correct copy of the legal description of the Mortgaged Premises is attached hereto and marked as Exhibit "C" and made a part hereof.

8.      The Plaintiff, directly or through an agent, has possession of the Note, which has been duly endorsed. Therefore, the Plaintiff has the right to enforce the Note.

9.      The Plaintiff is the proper party by way of an Assignment of Mortgage (the "Assignment"), dated February 27, 2026, and recorded March 4, 2026, in the Recorder of Deeds for Philadelphia County on March 4, 2026, as Document ID Number 54526326. A true and correct copy of the Assignment of Mortgage is attached hereto and marked as Exhibit "D."

12.      Always is the record and real owner of the Mortgaged Premises.

**COUNT I**
**MORTGAGE FORECLOSURE**
**PLAINTIFF v. ALWAYS**

13.      The allegations of paragraph 1 through 12 are incorporated herein as though set forth at length.

14.      The Note and the Mortgage are in default because the monthly payments due August 1, 2025, and thereafter have not been paid.  As a result, the entire principal balance and all interest due thereon have become due and payable with late charges, escrow deficit, and all costs of collection including, but not limited to, title search fees and reasonable attorney's fees.  As a result of the default under both the Note and the Mortgage, the Guaranty is likewise in default.

15.     As of June 16, 2026, the following amounts are due on the Mortgage and Note:

| | |
|---|---:|
| Unpaid Principal Balance | $88,739.48 |
| Interest (Good Through June 19, 2026) | $5,316.53 |
| Cumulative Late Charges | $17.19 |
| Title Costs | $290.00 |
| FC Fees | $2,004.16 |
| Default Interest from 8/12/2025 to 6/19/2026 | $12,770.01 |
| Service Transfer Corporate Advance | $2,228.78 |
| Other Corporate Advances | $150.00 |
| Prior Servicer Deferred Balance | $1,163.13 |
| Forced Placed Insurance | $2,250.00 |
| Lien Release Fee | $250.00 |
| Wire Fee | $10.00 |
| Escrow Reserve Balance | $2,573.77 |
| **Total Amount Due** | **$117,763.05** |

*\* Non-Interest Bearing*

The current interest rate is 23.0%. *Per diem* interest in the amount of $56.69 will accrue on the principal unless there is an interest rate change as set forth in the Note.

16.     Pennsylvania laws Act 6 of 1974 and Act 91 of 1982 are not applicable as this action involves a commercial loan. Notice of default as required by the terms of the Mortgage have been sent to the Defendants.  Copies of the Notices, redacted to remove confidential account information, are attached hereto and marked as Exhibit "E" and made a part hereof.

**WHEREFORE**, the Plaintiff requests judgment against Defendant Always under Count I in the sum of **$117,763.05**, together with interest, costs (including additional escrow advances), and additional attorney's fees and costs, and for United States Marshall's foreclosure sale of the Mortgaged Premises.

<u>**COUNT II**</u>
<u>**BREACH OF CONTRACT**</u>
<u>**PLAINTIFF v. ALWAYS**</u>

17.　　Plaintiff incorporates by reference paragraphs 1 through 16 as though set forth at length.

18.　　By virtue of the default of Always under the subject Mortgage/Note obligation, Plaintiff is entitled to the entry of an *in personam* money judgment against Always for the total amounts due and owing set forth herein, **$117,763.05.**

**WHEREFORE**, Plaintiff demands judgment against Always under Count II in the sum of **$117,763.05** together with interest from July 1, 2025, at the rate set forth in the Note through the date of judgment, and other costs and charges collectible under the Note.

Respectfully submitted,

Date: <u>July 13, 2026</u>

/s/ Stephen M. Hladik

Stephen M. Hladik, Esq., ID No. 66287
Robert W. Williams, Esq., ID No. 315501
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521
shladik@hoflawgroup.com
rwilliams@hoflawgroup.com
*Attorneys for Plaintiff*